
1  Howard Wisnia (SBN 184626)
   Email: hnwisnia@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   3580 Carmel Mountain Road, Suite 300
3  San Diego, CA 92130
   Telephone:  858 314-1500
4  Facsimile:   858 314-1501
   Attorneys for Petitioner CAREFUSION 202, INC.
5

6  Talmage Boston (TX Bar No. 02681800) (*Pro Hac Vice*)
   Elisabeth A. Wilson (TX Bar No. 24056896) (*Pro Hac Vice*)
7  Jeffrey A. Tinker (TX Bar No. 24060733) (*Pro Hac Vice*)
   Winstead PC
8  500 Winstead Building
   2728 N. Harwood Street
9  Dallas, TX 75201
   Tel:  (214) 745-5400 / Fax: (214) 745-5390
10 tboston@winstead.com
   ewilson@winstead.com
11 jtinker@winstead.com
   Attorneys for Respondent Tres Tech Corporation

12 Joseph A. Greco (SBN 104476)
   Kimberly P. Zapata (SBN 138291)
13 Beck, Ross, Bismonte & Finley, LLP
   CityView Plaza
14 150 Almaden Boulevard, 10th Floor
   San Jose, CA 95113
15 Tel: (408) 938-7900 / Fax: (408) 938-0790
   jgreco@beckross.com
16 kzapata@beckross.com
   Local Counsel for Respondent Tres Tech Corporation
17

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREFUSION 202, INC.,<br><br>Petitioner,<br><br>vs.<br><br>TRES TECH CORPORATION,<br><br>Respondent. | Case No. CV-13-2194-EMC<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DATE OF HEARING OF MOTION TO DISMISS OR STAY CASE IN FAVOR OF TEXAS ACTION**<br><br>The Honorable Edward M. Chen<br>United States District Judge<br><br>Current Hearing Date: July 11, 2013<br>New Hearing Date: August 1, 2013<br>Time:            1:30 p.m.<br>Crtrm:           5 |

---

1

[PROPOSED] ORDER APPROVING STIP. TO EXTEND DATE OF HEARING OF MOTION

Having considered the parties' Stipulation to Extend Date of Hearing of Motion to Dismiss or Stay Case In Favor of Texas Action from the designated date of July 11, 2013 to August 1, 2013;

IT IS HEREBY ORDERED that the designated date for the hearing of the Motion shall be, and hereby is, extended to 1:30 p.m. on August 1, 2013 in Courtroom 5.

DATED: 6/24/13

_____
Honorable Edward M. Chen
United States District Judge

*GRANTED — Judge Edward M. Chen*