Howard Wisnia (SBN 184626)
Email: hnwisnia@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858 314-1500
Facsimile: 858 314-1501
Attorneys for Petitioner CAREFUSION 202, INC.

Talmage Boston (TX Bar No. 02681800) (*Pro Hac Vice*)
Elisabeth A. Wilson (TX Bar No. 24056896) (*Pro Hac Vice*)
Jeffrey A. Tinker (TX Bar No. 24060733) (*Pro Hac Vice*)
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX  75201
Tel: (214) 745-5400 / Fax: (214) 745-5390
tboston@winstead.com
ewilson@winstead.com
jtinker@winstead.com
Attorneys for Respondent Tres Tech Corporation

Joseph A. Greco (Cal. Bar No. 104476)
Kimberly P. Zapata, Esq. (Cal. Bar No. 138291)
Beck, Bismonte & Finley, LLP
150 Almaden Boulevard, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900 / Fax: (408) 938-0790
jgreco@beckllp.com
kzapata@beckllp.com
Local Counsel for Respondent Tres Tech Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAREFUSION 202, INC., | **Case No. 13-CV-02194-EMC** |
| Petitioner, | **SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE [CIVIL L.R. 6-2, 7-12]** |
| v. | |
| TRES TECH CORPORATION, | The Honorable Edward M. Chen United States District Judge |
| Respondent. | |
| | Current CMC Date: April 17, 2014 |
| | Requested CMC Date: June 5, 2014 |

Stipulation and [Proposed] Order to Continue Case Management Conference
Case No. CV-13-2194-EMC Page 0

This case presently is scheduled for a Case Management Conference on Thursday, April 17, 2014. The Joint Case Management Conference Statement is due on April 10, 2014. The parties respectfully request that the Court continue the Case Management Conference until Thursday, June 5, 2014 at 9:00 a.m. or to a date convenient to the Court thereafter for the following reasons:

1. This case involves a dispute over an American Arbitration Award ("Award") in favor of Respondent Tres Tech Corporation ("Tres Tech").

2. On August 2, 2013, the Court stayed this action pending resolution of related litigation over the same Award taking place in the Northern District of Texas, Dallas Division ("Texas Court"). ECF 43.

3. The Texas Court subsequently remanded to the arbitration panel to clarify the Award, which the arbitration panel did, and the parties to the Texas action have completed briefing on whether the Award will be confirmed or vacated. That matter is now under submission to the Texas Court and the parties to that action do not know when the Texas Court will issue its ruling.

4. The parties to this action believe that this Court's time and resources, as well as their time and resources, will be conserved if the Texas Court's ruling is issued before taking any further action in this case, and the effect of this continuance will be to advance that objective. All briefing is completed on the motions in the Texas Action and the parties thereto are awaiting a hearing date and/or an order from the Texas Court.

5. The CMC in this case previously was reset by the Clerk's notice from August 22, 2013 to February 6, 2014. ECF 44. The Court has previously extended the CMC to the present date of April 17, 2014 at the parties' request for substantially the same reasons as set forth above.

Accordingly, the parties to this action hereby respectfully request that the Court continue the Case Management Conference currently scheduled to take place on April 17, 2014 until Thursday, June 5, 2014 at 9:00 a.m. in the Courtroom of the Honorable Edward M. Chen,

Stipulation and [Proposed] Order to Continue Case Management Conference
Case No. CV-13-2194-EMC Page 1

Courtroom 5 - 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, or to a date convenient to the Court thereafter.

**SO STIPULATED.**

March 13, 2014

        By: */s/ Joseph A. Greco*
        Joseph A. Greco
        Attorney for Respondent
        Tres Tech Corporation
        jgreco@beckross.com
        BECK, BISMONTE & FINLEY, LLP
        150 Almaden Blvd., 10th Floor
        San Jose, CA 95113
        (408) 938-7900 (Telephone)
        (408) 938-0790 (Fax)

Local Counsel for Respondent Tres Tech Corporation

**ATTORNEYS FOR TRES TECH CORPORATION, RESPONDENT**

By: */s/ Howard Wisnia*
Howard Wisnia (SBN 184626)
Email: hnwisnia@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858 314-1500
Facsimile: 858 314-1501

**ATTORNEYS FOR PETITIONER CAREFUSION 202, INC.**

**PURSUANT TO STIPULATION, IT SO ORDERED.**

Dated: _3/13/14_      _____
                                          The Honorable Edward M. Chen
                                          United States District Judge

*APPROVED — Judge Edward M. Chen*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that the concurrence in the filing of this document has been obtained from the signatories.

Dated:  March 13, 2014

> By: */s/ Joseph A. Greco*
> Joseph A. Greco
> Attorney for Respondent
> Tres Tech Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  March 13, 2014

> By: */s/ Joseph A. Greco*
> Joseph A. Greco
> Attorney for Respondent
> Tres Tech Corporation