1 | Howard Wisnia (SBN 184626)
Email: hnwisnia@mintz.com
2 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
3 | San Diego, CA 92130
Telephone: 858-314-1500
4 | Facsimile: 858-314-1501
Attorneys for Petitioner, CAREFUSION 202, INC.
5
Talmage Boston (TX Bar No. 02681800) (*Pro Hac Vice*)
6 | Elisabeth A. Wilson (TX Bar No. 24056896) (*Pro Hac Vice*)
Jeffrey A. Tinker (TX Bar No. 24060733) (*Pro Hac Vice*)
7 | Winstead PC
500 Winstead Building
8 | 2728 N. Harwood Street
Dallas, TX 75201
9 | Tel: (214) 745-5400 / Fax: (214) 745-5390
tboston@winstead.com
10 | ewilson@winstead.com
jtinker@winstead.com
11 | Attorneys for Respondent Tres Tech Corporation

12 | Joseph A. Greco (Cal. Bar No. 104476)
Kimberly P. Zapata, Esq. (Cal. Bar No. 138291)
13 | Beck, Bismonte & Finley, LLP
CityView Plaza
14 | 150 Almaden Boulevard, 10th Floor
San Jose, CA 95113
15 | Tel: (408) 938-7900 / Fax: (408) 938-0790
jgreco@beckllp.com
16 | kzapata@beckllp.com
Local Counsel for Respondent Tres Tech Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAREFUSION 202, INC., | Case No. 13-CV-02194-EMC |
| Petitioner, | **THIRD STIPULATION AND [PRO~~POS~~ED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | **[CIVIL L.R. 6-2, 7-12]** |
| TRES TECH CORPORATION, | The Honorable Edward M. Chen United States District Judge |
| Respondent. | Current CMC Date: June 5, 2014 Requested CMC Date: August 7, 2014 |

1   This case presently is scheduled for a Case Management Conference on Thursday, June 5, 2014.  The Joint Case Management Conference Statement is due on May 29, 2014.  The parties respectfully request that the Court continue the Case Management Conference until Thursday, August 7, 2014 at 9:00 a.m. or to a date convenient to the Court thereafter for the following reasons:

1. This case involves a dispute over an American Arbitration Award ("Award") in favor of Respondent Tres Tech Corporation ("Tres Tech").

2. On August 2, 2013, the Court stayed this action pending resolution of related litigation over the same Award taking place in the Northern District of Texas, Dallas Division ("Texas Court").  ECF 43.

3. The Texas Court subsequently remanded to the arbitration panel to clarify the Award, which the arbitration panel did, and the parties to the Texas action have completed briefing on whether the Award will be confirmed or vacated.  That matter is now under submission to the Texas Court and the parties to that action do not know when the Texas Court will issue its ruling.

4. The parties to this action believe that this Court's time and resources, as well as their time and resources, will be conserved if the Texas Court's ruling is issued before taking any further action in this case, and the effect of this continuance will be to advance that objective.  All briefing is completed on the motions in the Texas Action and the parties thereto are awaiting a hearing date and/or an order from the Texas Court.

5. The CMC in this case previously was reset by the Clerk's notice from August 22, 2013 to February 6, 2014.  ECF 44.  The Court has previously extended the CMC to April 17, 2014 at the parties' request for substantially the same reasons as set forth above.  ECF 47.  The Court then extended the CMC to the present date of June 5, 2014 at the parties' request for substantially the same reasons as set forth above.  ECF 49.

Accordingly, the parties to this action hereby respectfully request that the Court continue the Case Management Conference currently scheduled to take place on June 5, 2014 until Thursday, August 7, 2014 at 9:00 a.m. in the Courtroom of the Honorable Edward M. Chen, Courtroom 5 - 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, or to a date

- 1 -

THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC [CIVIL L.R. 6-2, 7-12]
Case No. 13-CV-02194-EMC

1 | convenient to the Court thereafter.

2 | **SO STIPULATED**.

3 | Dated: May 22, 2014

By: */s/ Howard Wisnia*
Howard Wisnia (SBN 184626)
Email: hnwisnia@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858 314-1500
Facsimile: 858 314-1501

**ATTORNEYS FOR PETITIONER CAREFUSION 202, INC.**

By: */s/ Joseph A. Greco*
Joseph A. Greco
jgreco@beckllp.com
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd., 10th Floor
San Jose, CA 95113
(408) 938-7900 (Telephone)
(408) 938-0790 (Fax)

**ATTORNEYS FOR TRES TECH CORPORATION, RESPONDENT**

**PURSUANT TO STIPULATION, IT SO ORDERED.** The CMC is reset for 9/4/14 at 9:30 a.m.  A joint CMC statement shall be filed by 8/28/14.

Dated: 5/27/14   _____
The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

- 2 -

THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC [CIVIL L.R. 6-2, 7-12]
Case No. 13-CV-02194-EMC

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that the concurrence in the filing of this document has been obtained from the signatories.

Dated:  May 22, 2014

By: */s/ Howard N. Wisnia*
Howard N. Wisnia
Attorney for Petitioner
CAREFUSION 202, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  May 22, 2014

By: */s/ Howard N. Wisnia*
Howard N. Wisnia
Attorney for Petitioner
CAREFUSION 202, INC.

- 3 -

THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC [CIVIL L.R. 6-2, 7-12]
Case No. 13-CV-02194-EMC