1 | Howard Wisnia (SBN 184626)
2 | Email: hnwisnia@mintz.com
  | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3 | 3580 Carmel Mountain Road, Suite 300
  | San Diego, CA 92130
4 | Telephone:  858 314-1500
  | Facsimile:   858 314-1501
5 | Attorneys for Petitioner CAREFUSION 202, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREFUSION 202, INC., | Case No. 13-CV-02194-EMC |
| Petitioner, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PETITIONER** |
| vs. | ORDER |
| TRES TECH CORPORATION, | |
| Respondent. | |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 13-CV-02194-EMC

1  NOTICE IS HEREBY GIVEN that Petitioner CareFusion 202, Inc. ("Petitioner), pursuant
2 to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismiss, without prejudice, their
3 action against Tres Tech Corporation ("Respondent").  In support of this Notice of Voluntary
4 Dismissal, Petitioner provides that:

5  WHEREAS, on May 14, 2013, Petitioner filed a Motion to Vacate Arbitration Award in the
6 United States District Court for the Northern District of California, case no. 3:13-cv-02194-EMC;

7  WHEREAS, Respondent has not filed either an answer to the Petition or a motion for
8 summary judgment.

9  WHEREAS, this matter was stayed by the Court on August 2, 2013 in favor of proceedings
10 in the Northern District of Texas pursuant to Respondents' motion for stay.  Dkt. 43.

11  WHEREAS, the Northern District of Texas issued a ruling in those proceedings on May 30,
12 2014.

13  Petitioner hereby voluntarily dismisses without prejudice all claims for relief sought by the
14 Petition in this matter, case no. 3:13-cv-02194-EMC.

DATED:  July 1, 2014                          Respectfully submitted,

                                              MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                              POPEO P.C.


                                              By:/s/ Howard Wisnia
                                                 Howard Wisnia
                                                 Attorneys for CAREFUSION 202, INC.

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District J[udge]



- 1 -
NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 13-CV-02194-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  July 1, 2014

By: */s/ Howard Wisnia*
Howard N. Wisnia
Attorney for Petitioner,
CAREFUSION 202, Inc.